IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
IN THE MATTER OF THE        )
TAX INDEBTEDNESS OF         )
JUANITA DENNES              )    MISC. NO.
8513 MAYWALD                )
MANVEL, TEXAS 77578         )    H-97-377
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
AUG 0 5 1997
Michael N. Milby, Clerk

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG - 1 1997
MICHAEL N. MILBY, Clerk of Court

## ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for Norbert Welk, a revenue officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 8513 Maywald, Manvel, Texas 77578 in order to seize a 1983 Mercedes Benz, License plate #316WUQ, VIN: WDBCA43A8DB005445; a 1988 Jeep, License plate #354ULY, VIN: 2BCCZ8143JB536316; and a 1994 Chevrolet 1/2 ton pickup truck, License plate #KN7009, VIN: 1GNEC16K3RJ401794 in satisfaction of unpaid federal taxes, together with the revenue officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Juanita Dennes which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

ORDERED that Norbert Welk and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such revenue officer and/or other employees are directed to enter the premises

described during business hours or the daytime and within 10 days of the date of this order.

IT IS FURTHER ORDERED that a United States Marshal or Deputy may accompany the revenue officer, or authorized representative, to ensure compliance with this order.

Done at Houston, Texas, on this _1st_ day of _August_, 1997.

_____
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com